# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:24-CV-896 |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | § § § § | |
| Defendant. | § § | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Pennsylvania Higher Education Assistance Agency hereby moves to dismiss the complaint filed by Plaintiff Consumer Financial Protection Bureau (Dkt. 1), with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7). A brief in support of this motion will be filed in accordance with Local Rule 7.5.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and dismiss this action with prejudice.

Dated:        July 30, 2024            Respectfully submitted,

                                       **NORTON ROSE FULBRIGHT US LLP**

                                       */s/ Steve M. Dollar*
                                       Steve M. Dollar
                                       Allison L. Silverman
                                       1301 Avenue of the Americas
                                       New York, New York 10019-6022
                                       Tel.:  (212) 318-3000
                                       steve.dollar@nortonrosefulbright.com
                                       allison.silverman@nortonrosefulbright.com

                                       Thomas A. Coulter
                                       799 9th Street NW, Suite 1000,
                                       Washington, DC 20001-4501
                                       Tel.:  (202) 662-4765
                                       tom.coulter@nortonrosefulbright.com

                                       Ryan E. Meltzer
                                       98 San Jacinto Boulevard, Suite 1100,
                                       Austin, Texas  8701-4255
                                       Tel.:  (512) 536-5234
                                       ryan.meltzer@nortonrosefulbright.com

                                       James J. Jarecki
                                       Pennsylvania Higher Education Assistance
                                       Agency
                                       1200 N. 7th Street
                                       Harrisburg, PA 17102
                                       james.jarecki@pheaa.org

                                       *Attorneys for Defendant Pennsylvania*
                                       *Higher Education Assistance Agency*

## **<u>CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE</u>**

I, Steve M. Dollar, hereby certify that I conferred with counsel for Plaintiff,

and Plaintiff does not concur in Defendant's Motion to Dismiss.

<u>*/s/ Steve M. Dollar*</u>
Steve M. Dollar

## <u>CERTIFICATE OF SERVICE</u>

I, Steve M. Dollar, hereby certify that on July 30, 2024, I caused a true and correct copy of Defendant's Motion to Dismiss to be filed and served upon all counsel of record via CM/ECF.

<u>*/s/ Steve M. Dollar*</u>
Steve M. Dollar