**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | : | **CIVIL ACTION NO. 1:24-CV-896** |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| **v.** | : | |
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,** | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 19th day of August, 2024, upon consideration of defendant Pennsylvania Higher Education Assistance Agency's request (Doc. 23) to stay discovery pending resolution of its motion (Doc. 21) to dismiss, and further upon consideration of plaintiff Consumer Financial Protection Bureau's response (Doc. 25), and following a telephonic conference with the parties on today's date, and for good cause shown, see FED. R. CIV. P. 16(b)(4), it is hereby ORDERED that:

1. PHEAA's request (Doc. 23) is GRANTED as follows.

2. Discovery in the above-captioned action is STAYED pending resolution of PHEAA's motion (Doc. 21) to dismiss.

3. The court will enter a new case management order, if necessary, following resolution of PHEAA's motion.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania