# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | Civil Action No. 1:24-cv-00896-JFS |
| Plaintiff, | (Judge Saporito) |
| v. | |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, | |
| Defendant. | |

## Plaintiff's Notice of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses this action against Defendant Pennsylvania Higher Education Assistance Agency, with prejudice.

DATED: February 27, 2025

Respectfully Submitted,

Mark Paoletta
*Chief Legal Officer*

Daniel Shapiro
*Deputy Chief Legal Officer*

Cara Petersen
*Principal Deputy Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

Rebeccah Bower
*Assistant Litigation Deputy*


/s/ Adrienne Warrell
Adrienne Warrell (NY 5361092)
(202) 435-7189
Adrienne.Warrell@cfpb.gov

Elizabeth A. Homan (VA 87637)
(202) 365-6178
Elizabeth.Homan@cfpb.gov

Emily Holness (NY 4947941)
(202) 435-7841
Emily.Holness@cfpb.gov

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

For the Consumer Financial Protection Bureau